Timothy W. Snider, OSB No. 034577
timothy.snider@stoel.com
Stephen H. Galloway, OSB No. 093602
stephen.galloway@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ELIZABETH ROUFFY, individually and on behalf of other customers,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332(a), 1441, 1446, and 1453, defendant Walgreen Co. ("Defendant") files this Notice of Removal to remove this action, and all claims and causes of action therein, from the Circuit Court for the State of Oregon for Multnomah County, as follows:

1.      On August 16, 2021, plaintiff Elizabeth Rouffy ("Plaintiff") commenced the action entitled *Rouffy v. Walgreen Co.*, Case No. 21CV32890, in the Circuit Court for the State

Page 1   -   NOTICE OF REMOVAL

of Oregon for Multnomah County.  A true and correct copy of Plaintiff's original putative class action complaint (the "Original Complaint") is attached hereto as part of <u>Exhibit A</u>.

2.      On July 28, 2022, Plaintiff filed in the Circuit Court for the State of Oregon for Multnomah County an amended complaint titled Amended Complaint for Damages (the "Amended Complaint"), adding a prayer for statutory damages.  A true and correct copy of the Amended Complaint is attached hereto as part of <u>Exhibit A</u>.

3.      In the Amended Complaint, Plaintiff alleges that Defendant violated the Oregon Unlawful Trade Practices Act ("UTPA"), ORS 646.608(1)(s) by charging an undisclosed "Recycling Fee" on a package of Wyler's powdered lemonade.  (Am. Compl. ¶¶ 14-16.) Plaintiff seeks $200.00 statutory damages, attorney fees and costs."  (*Id.* ¶ 16.)

4.      Pursuant to 28 U.S.C. § 1446(b)(3), this notice of removal is being filed within thirty days of receipt by Defendant of a copy of the Amended Complaint, which is the pleading "from which it may first be ascertained that the case is one which is or has become removable." This notice of removal is thus timely filed in accordance with 28 U.S.C. §§ 1446(b) and 1453(b).

5.      Defendant bases this notice of removal upon 28 U.S.C. § 1441(a), which permits defendants to remove any state court civil action over which the district courts of the United States have original jurisdiction.

6.      This Court has original jurisdiction over the Amended Complaint pursuant to 28 U.S.C. § 1332(a), which applies where (1) the action is between "citizens of different States," and (2) the amount in controversy exceeds $75,000.

7.      First, there is complete diversity between the named Plaintiff and the Defendant as defined in 28 U.S.C. § 1332(a)(1).  Defendant is a corporation organized under the laws of

Page 2    -    NOTICE OF REMOVAL

Illinois, with its principal place of business located in Illinois.  Upon information and belief, the named Plaintiff is a citizen of Oregon.

8.      Second, the amount in controversy is in excess of $75,000 based on the attorney's fees sought by the named Plaintiff under ORS 646.638.  Because the case is expected to involve complicated and technical factual questions and discovery concerning erroneous transaction charges and extensive litigation relating to liability and damages, the Court may conclude that attorneys' fees will exceed $75,000.  *See Fritsch v. Swift Transportation Co. of Arizona, LLC*, 899 F.3d 785, 794 (9th Cir. 2018) (amount in controversy includes future attorneys' fees).

9.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served upon Defendant in this case are attached hereto as Exhibit A.

10.     Pursuant to 28 U.S.C. § 1446(d), Plaintiff will be provided with written notice of the filing of this notice of removal.

11.     Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal will be filed with the Clerk of the Circuit Court for the State of Oregon for Multnomah County.

WHEREFORE, Defendant Walgreen Co. removes this action from the Circuit Court for the State of Oregon for Multnomah County to this Court.

DATED:  August 3, 2022.

STOEL RIVES LLP

  /s/ *Stephen H. Galloway*
TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
STEPHEN H. GALLOWAY, OSB No. 093602
stephen.galloway@stoel.com
Telephone:  503.224.3380

Attorneys for Defendant

1
2
3
4
5
6
7
8

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

**ELIZABETH ROUFFY**
individually and on behalf
of others similarly situated

           Plaintiff

      vs

**WALGREEN CO.**

         Defendant

Case No. 21CV32890

**SUMMONS**

TO:   WALGREEN CO.
       c/o REGISTERED AGENT
       THE PRENTICE-HALL CORPORATION SYSTEM, INC.
       1127 BROADWAY STREET NE STE 310
       SALEM, OR 97301

**SUMMONS** – Page 1 of 3

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

August 18, 2021

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 2 of 3

STATE OF OREGON          )
                         ) ss:
County of Multnomah      )

I, the undersigned attorney of record for plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled cause.

August 18, 2021

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service upon a document which you shall attach hereto.

August 18, 2021

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
Olsen Daines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**SUMMONS** – Page 3 of 3

8/16/2021 11:53 AM
21CV32890

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **ELIZABETH ROUFFY** individually and on behalf of others similarly situated | Case No. |
| Plaintiff | **CLASS ACTION COMPLAINT FOR EQUITABLE RELIEF** |
| vs | The Unlawful Trade Practices Act ORS 646.605 *et seq.* |
| **WALGREEN CO.** | Filing Fee Authority: ORS 21.135 Not Subject to Mandatory Arbitration |
| Defendant | Jury Trial Requested |

1.

**INTRODUCTION**

After Walgreen refused Ms. Rouffy's request to refund an 80-cent overcharge, she decided to reach out to a consumer protection law firm:

---

[Michael Fuller] Oregon Lawyer for the Underdog  Inbox ×

⊢ **esrouffy@comcast.net** w…  Aug 14, 2021, 4:04 PM (22 hours ago)  ☆  ↰  ⋮
to me ▾

**Email:** esrouffy@comcast.net

**Question:** I was charged an 80 cent "recycling fee" by Walgreens for one box of single-serve drink mix powders. The box contains 8 individually wrapped sticks of powder design to be added to a bottle of water. The entire box only cost $1! I attempted to ascertain why I was charged this fee. A manager told me it was an Oregon State fee. After Googling this fee, I discovered this is not a new practice for Walgreens. What should I do now? I want my 80 cents returned! Thanks.

---

**CLASS ACTION COMPLAINT** – Page 1 of 10

**2.**

The UTPA protects Oregon consumers and small businesses against overcharging by large corporations.[1]

**3.**

The UTPA is enforced either by the Oregon Attorney General, or by a consumer protection law firm acting as a private attorney general.[2]

**4.**

A consumer or small business may choose to incur the risk and cost of enforcing the UTPA not only for themselves but for the general public, through a class action.[3]

**5.**

A law firm acting as private attorney general who prevails in a UTPA enforcement action is entitled to payment of reasonable attorney fees by the defendant in the case.[4]

**6.**

The plaintiff in this case, Ms. Rouffy, was charged 80 cents more than the advertised sticker price when she bought Wyler's Light drink mix powder at her local Portland Walgreen store. After Walgreen refused her request for a refund, Ms. Rouffy did research on the Internet and found out that Walgreen had a history of unlawful trade practices cases in Oregon and a history of overcharging consumers.

[1] ORS 646.608(1)(s)
[2] ORS 646.618; ORS 646.638
[3] ORS 646.638(8)
[4] ORS 646.638(8)(3)

**CLASS ACTION COMPLAINT** – Page 2 of 10

**7.**

**FACTUAL ALLEGATIONS**

This complaint's allegations are based on personal knowledge as to plaintiff's own behavior and are made on information and belief as to the behavior of others.

**8.**

Plaintiff is an individual living in Portland, Oregon.

**9.**

Plaintiff is a "person" as that term is defined at ORS 646.605(4).

**10.**

Defendant regularly advertises and sells consumer goods at its stores in Portland and throughout Oregon in the course of its business as a large corporate retailer.

**11.**

Defendant is a "person" as that term is defined at ORS 646.605(4).

**12.**

The consumer goods defendant advertised and provided to plaintiff and other class members were obtained primarily for personal, family or household purposes.

**13.**

On August 14, 2021, defendant advertised and provided consumer goods to plaintiff at defendant's store at 7280 SW Beaverton Hillsdale Highway in Portland, Oregon. An image of plaintiff's receipt proving her purchases is below.

**CLASS ACTION COMPLAINT** – Page 3 of 10



**14.**

Defendant's sticker on its shelf advertised its Wyler's Light consumer goods to plaintiff as costing one dollar. After plaintiff paid for the Wyler's Light and read her receipt, plaintiff discovered that defendant's sticker price was falsely advertised because defendant added and collected a hidden 80-cent surcharge on the Wyler's Light that was omitted from the advertised price of the Wyler's Light to plaintiff, causing plaintiff ascertainable loss of the 80-cent overcharge that was collected from her.

**CLASS ACTION COMPLAINT** – Page 4 of 10

1
2                                                    **15.**
3
4       An image of the Wyler's Light drink mix powder that defendant advertised
5   and sold to plaintiff on August 14, 2021 is below.
6
7
8
9
10
11
12
13
14          
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CLASS ACTION COMPLAINT** – Page 5 of 10

**16.**

**CAUSES OF ACTION**

**Claim One – Unlawful Trade Practices**

This claim is not a request for damages at this time, only equitable and injunctive relief. Plaintiff and the other class members intend to request damages in an amended complaint, only if defendant refuses to provide the identity and contact information for each putative class member, notify each member that upon request defendant will make the approximate compensation and remedy the alleged wrong, and cease from engaging in the practices alleged to be violative of the rights of the members, according to ORCP 32 I.

**17.**

As alleged in this complaint, in the course of its business, defendant made false or misleading representations and omissions of fact concerning plaintiff and other class members' cost for its consumer goods by falsely representing to plaintiff and other class members, on the prices advertised on its shelves, that its goods could be purchased for a certain price, when in fact defendant knew that at its registers it would instead charge plaintiff and other class members a mandatory hidden surcharge in addition to the advertised price of its consumer goods. This behavior violates ORS 646.608(1)(s).

**CLASS ACTION COMPLAINT** – Page 6 of 10

**18.**

Under ORS 646.636 and ORS 646.638 and the Court's inherent power, plaintiff respectfully requests an order prohibiting defendant from continuing the unlawful trade practices alleged in this complaint, an order requiring defendant to provide an accounting of the profits it collected from the unlawful trade practices alleged in this complaint, attorney fees, costs, disbursements, and an order requiring defendant to preserve all documents and information (and electronically stored information) relevant to a claim or defense in this case.

**19.**

**Claim Two – Unjust Enrichment**

This claim is not a request for damages at this time, only equitable and injunctive relief. Plaintiff and the other class members intend to request damages in an amended complaint, only if defendant refuses to provide the identity and contact information for each putative class member, notify each member that upon request defendant will make the approximate compensation and remedy the alleged wrong, and cease from engaging in the practices alleged to be violative of the rights of the members, according to ORCP 32 I.

**CLASS ACTION COMPLAINT** – Page 7 of 10

**20.**

As alleged in this complaint, defendant operated a common and intentional scheme to conceal the overcharges from the advertised costs of the goods it sold to plaintiff and the class members when it knew or should have known that this omission was in violation of Oregon law and it knew that it would charge plaintiff and the class members the overcharges at its registers despite this material omission. Defendant obtained a monetary benefit as increased profits through this material omission and misrepresentation by collecting undisclosed surcharges from plaintiff and the putative class members, entitling plaintiff and the putative class members to restitution in the amount of the overcharges defendant unjustly collected from them. *See, e.g.*, Restatement (Third) of Restitution and Unjust Enrichment §§ 1, 13, 40, 41, 44 (2011).

**21.**

**REQUEST FOR JURY TRIAL**

Plaintiff respectfully requests a trial by a jury.

**CLASS ACTION COMPLAINT** – Page 8 of 10

**22.**

**PRAYER FOR RELIEF**

Plaintiff respectfully requests relief against defendant as sought above, and any other relief the Court may deem appropriate, and an order appointing interim lead class counsel, and an order certifying this case as a class action.

August 16, 2021

RESPECTFULLY FILED,

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly Donovan Jones, OSB No. 09357**
Of Attorneys for Plaintiff
Law Office of Kelly Jones
819 SE Morrison Street, Ste 255
Portland, Oregon 97214
Phone 503-847-4329

**CLASS ACTION COMPLAINT** – Page 9 of 10

1

2                              **CERTIFICATE OF SERVICE**

3        I certify that I cause this document to be served on:

4

5        **State of Oregon**

6        **c/o Oregon Department of Justice**
         **1162 Court St. NE**

7        **Salem, Oregon 97301-4096**

8

9   August 16, 2021

10                                      /s/ Michael Fuller
                                        **Michael Fuller, OSB No. 09357**
11                                      Lead Trial Attorney for Plaintiff

12                                      OlsenDaines
                                        US Bancorp Tower
13                                      111 SW 5th Ave., Suite 3150
                                        Portland, Oregon 97204
14                                      michael@underdoglawyer.com

15                                      Direct 503-222-2000

16

17

18

19

20

21

22

23

24

25

26

27

28

**CLASS ACTION COMPLAINT** – Page 10 of 10

_Verified Correct Copy of Original 10/19/2021._

FILED

21 OCT 14 PM 1:56

JUDICIAL DIST.

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

**ELIZABETH ROUFFY**
individually and on behalf
of others similarly situated

         Plaintiff

     vs

**WALGREEN CO.**

        Defendant

Case No. 21CV32890

**ORDER ON MOTION
TO DISQUALIFY**

The Court having reviewed plaintiff's motion to disqualify and supporting declaration,

**IT IS ORDERED:**

☒ The motion is granted. *Judge Souede appointed as new Motions Judge.*

☐ The motion is denied.

*BUSHONG 10/14/21*

**ORDER ON MOTION – Page 1 of 3**

_Verified Correct Copy of Original 10/19/2021._

**CERTIFICATE OF COMPLIANCE WITH UTCR 5.100**

I certify that this proposed order is ready for judicial signature because I have

served a copy of this order on all parties entitled to service and no objection has been

served on me.

October 12, 2021

**RESPECTFULLY FILED,**

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**ORDER ON MOTION** – Page 2 of 3

_Verified Correct Copy of Original 10/19/2021._

## CERTIFICATE OF SERVICE

I caused this document to be served to:

**Walgreen Co.**
**c/o attorney Timothy W. Snider**
**Stoel Rives LLP**
**760 SW Ninth Avenue, Suite 3000**
**Portland, Oregon 97295**
timothy.snider@stoel.com

October 12, 2021

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**ORDER ON MOTION** – Page 3 of 3

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| **ELIZABETH ROUFFY**<br>individually and on behalf<br>of others similarly situated<br><br>Plaintiff<br><br>vs<br><br>**WALGREEN CO.**<br><br>Defendant | Case No. 21CV32890<br><br>**AMENDED COMPLAINT<br>FOR DAMAGES**<br><br>The Unlawful Trade Practices Act<br>ORS 646.605 *et seq.*<br><br>Filing Fee Authority: ORS 21.135<br>Not Subject to Mandatory Arbitration<br><br>Jury Trial Requested |

## 1.

## INTRODUCTION

After Walgreen refused Ms. Rouffy's request to refund an 80-cent overcharge,

she decided to reach out to a consumer protection law firm:



[Michael Fuller] Oregon Lawyer for the Underdog  Inbox ×

⊢ **esrouffy@comcast.net** w…  Aug 14, 2021, 4:04 PM (22 hours ago)  ☆  ↩  ⋮
to me ▾

**Email:** esrouffy@comcast.net

**Question:** I was charged an 80 cent "recycling fee" by Walgreens for one box of single-serve drink mix powders. The box contains 8 individually wrapped sticks of powder design to be added to a bottle of water. The entire box only cost $1! I attempted to ascertain why I was charged this fee. A manager told me it was an Oregon State fee. After Googling this fee, I discovered this is not a new practice for Walgreens. What should I do now? I want my 80 cents returned! Thanks.

**CLASS ACTION COMPLAINT** – Page 1 of 8

**2.**

The UTPA protects Oregon consumers and small businesses against overcharging by large corporations.[1]

**3.**

The UTPA is enforced either by the Oregon Attorney General, or by a consumer protection law firm acting as a private attorney general.[2]

**4.**

A consumer or small business may choose to incur the risk and cost of enforcing the UTPA not only for themselves but for the general public, through a class action.[3]

**5.**

A law firm acting as private attorney general who prevails in a UTPA enforcement action is entitled to payment of reasonable attorney fees by the defendant in the case.[4]

**6.**

The plaintiff in this case, Ms. Rouffy, was charged 80 cents more than the advertised sticker price when she bought Wyler's Light drink mix powder at her local Portland Walgreen store. After Walgreen refused her request for a refund, Ms. Rouffy did research on the Internet and found out that Walgreen had a history of unlawful trade practices cases in Oregon and a history of overcharging consumers.

---

[1] ORS 646.608(1)(s)
[2] ORS 646.618; ORS 646.638
[3] ORS 646.638(8)
[4] ORS 646.638(8)(3)

**CLASS ACTION COMPLAINT** – Page 2 of 8

**7.**

**FACTUAL ALLEGATIONS**

This complaint's allegations are based on personal knowledge as to plaintiff's own behavior and are made on information and belief as to the behavior of others.

**8.**

Plaintiff is an individual living in Portland, Oregon.

**9.**

Plaintiff is a "person" as that term is defined at ORS 646.605(4).

**10.**

Defendant regularly advertises and sells consumer goods at its stores in Portland and throughout Oregon in the course of its business as a large corporate retailer.

**11.**

Defendant is a "person" as that term is defined at ORS 646.605(4).

**12.**

The consumer goods defendant advertised and provided to plaintiff and other class members were obtained primarily for personal, family or household purposes.

**13.**

On August 14, 2021, defendant advertised and provided consumer goods to plaintiff at defendant's store at 7280 SW Beaverton Hillsdale Highway in Portland, Oregon. An image of plaintiff's receipt proving her purchases is below.

**CLASS ACTION COMPLAINT** – Page 3 of 8

**14.**

Defendant's sticker on its shelf advertised its Wyler's Light consumer goods to plaintiff as costing one dollar. After plaintiff paid for the Wyler's Light and read her receipt, plaintiff discovered that defendant's sticker price was falsely advertised because defendant added and collected a hidden 80-cent surcharge on the Wyler's Light that was omitted from the advertised price of the Wyler's Light to plaintiff, causing plaintiff ascertainable loss of the 80-cent overcharge that was collected from her.

**CLASS ACTION COMPLAINT** – Page 4 of 8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**15.**

An image of the Wyler's Light drink mix powder that defendant advertised and sold to plaintiff on August 14, 2021 is below.



**CLASS ACTION COMPLAINT** – Page 5 of 8

**16.**

**CAUSES OF ACTION**

**Claim One – Unlawful Trade Practices**

As alleged in this complaint, in the course of its business, defendant made false or misleading representations and omissions of fact concerning plaintiff and other class members' cost for its consumer goods by falsely representing to plaintiff and other class members, on the prices advertised on its shelves, that its goods could be purchased for a certain price, when in fact defendant knew that at its registers it would instead charge plaintiff and other class members a mandatory hidden surcharge in addition to the advertised price of its consumer goods. This behavior knowingly and recklessly violates ORS 646.608(1)(s), and so under ORS 646.638 plaintiff is entitled to judgment for $200.00 statutory damages, attorney fees and costs.

**17.**

**REQUEST FOR JURY TRIAL**

Plaintiff respectfully requests a trial by a jury.

**CLASS ACTION COMPLAINT** – Page 6 of 8

**18.**

**PRAYER FOR RELIEF**

Plaintiff respectfully requests relief against defendant as sought above, and any other relief the Court may deem appropriate, and an order appointing interim lead class counsel, and an order certifying this case as a class action.

July 28, 2022

RESPECTFULLY FILED,

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly Donovan Jones, OSB No. 09357**
Of Attorneys for Plaintiff
Law Office of Kelly Jones
819 SE Morrison Street, Ste 255
Portland, Oregon 97214
Phone 503-847-4329

**CLASS ACTION COMPLAINT** – Page 7 of 8

# CERTIFICATE OF SERVICE

This document was delivered to the following:

**Walgreen Co.**
**c/o Attorney Timothy W. Snider**
**Stoel Rives LLP**
**760 SW Ninth Avenue, Suite 3000**
**Portland, OR 97205**
timothy.snider@stoel.com

July 28, 2022

/s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**CLASS ACTION COMPLAINT** – Page 8 of 8