IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELIZABETH ROUFFY, | Case No. 3:22-cv-01127-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| WALGREEN CO., | |
| Defendant. | |

Plaintiff Elizabeth Rouffy ("Rouffy") filed this action in state court on August 16, 2021, alleging defendant Walgreen Co. ("Walgreen") violated Oregon's Unlawful Trade Practices Act. (ECF No. 1.) On August 3, 2022, Walgreen removed the action to this Court pursuant to 28 U.S.C. § 1332(a). (*Id*.) On August 8, 2022, Rouffy notified the Court that the parties wish to dismiss the case with prejudice and without an award of costs or attorney's fees to either party.

Accordingly, the Court DISMISSES this action with prejudice, and without an award of costs or attorney's fees to either party.

**IT IS SO ORDERED.**

DATED this 9th day of August, 2022.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – ORDER OF DISMISSAL